UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>ANGEL CRISPIN,<br><br>            Defendant. | **ORDER**<br><br>19 Cr. 323 (JSR)<br>20 Cr. 022 (JSR) |

Upon the application of defendant Angel Crispin pursuant to 18 U.S.C. § 3142(i) for temporary release from custody during the current COVID-19 pandemic, and the Government's limited opposition thereto, and whereas the parties have now reached agreement on the conditions of release, IT IS HEREBY ORDERED:

1.  The Court's decision in this case is based on the unique confluence of serious health issues and other risk factors facing this defendant, including but not limited to the defendant's diagnosed cystic fibrosis, which places him at a substantially heightened risk of dangerous complications should be contract COVID-19 as compared to most other individuals. Accordingly, this Order should not be construed as a determination by this Court that detention is unsafe or otherwise inappropriate as a general matter or in any other specific case.

2. Pursuant to 18 U.S.C. § 3142(i), the Court concludes that compelling reasons exist for temporary release of the defendant from custody during the current public health crisis. Accordingly, the defendant's application is GRANTED pursuant to the following conditions:

a. The defendant shall only be released upon confirmation from the Government that Pretrial Services can immediately fit the defendant with a GPS bracelet. The defendant shall otherwise remain detained.

b. The defendant shall be released on a $150,000 bond to be co-signed by two persons, to include his grandmother Marta Albarez, with location monitoring by GPS bracelet.

c. Marta Albarez shall act as a third-party custodian and shall ensure compliance conditions (f) through (n), below.

d. The defendant shall be released directly from the Brooklyn Metropolitan Detention Center (the "MDC"). The defendant's fiancée, Dani Brito, shall meet the defendant outside of MDC and shall travel with the defendant, in an Uber, to the U.S. Courthouse at 500 Pearl Street, New York, NY. At the courthouse, Pretrial Services shall fit the defendant with a GPS bracelet and shall provide the defendant with such other location monitoring equipment as it deems necessary. After being fitted with a GPS bracelet, the defendant shall immediately report with Ms. Brito to 400 East 30th Street, New York, NY. Ms. Brito shall act

as a third-party custodian of the defendant from his release from the MDC through his arrival at 400 East 30th Street.

      e.  The defendant shall call Pretrial Services to confirm his arrival at 400 East 30th Street and shall participate in an intake interview with the Department of Homeless Services ("DHS") for assignment to a family unit to be shared with the defendant's grandmother, Marta Albarez.

      f.  No later than 10 P.M. on the day of the defendant's release, the defendant shall: (i) call Pretrial Services to report the address of the family unit to which he has been assigned; and (ii) install the location monitoring equipment provided by Pretrial Services in accordance with their instructions.

      g.  The defendant shall be under 24-hour home incarceration in the assigned family unit, enforced by location monitoring.  He may not leave the unit for any reason without prior permission from the Government and Pretrial Services, except in the event of a medical emergency.

      h.  The defendant shall reside with Marta Albarez only; no other persons may reside in the family unit and no other persons may visit the family unit, except Pretrial Services, medical personnel, social workers, or DHS staff.

      i.  Marta Albarez shall maintain a telephone through which the defendant can contact Pretrial Services and vice versa.  The defendant shall not have his own telephone.  The defendant shall not use a telephone or internet, including through

third-parties, except to report to Pretrial Services, to contact defense counsel, or to contact medical providers.

j. The defendant shall have no contact with witnesses, co-defendants, or known gang members, including through third-parties.

k. The defendant shall not possess weapons or controlled substances, except for prescription medications which are lawfully prescribed to him.

l. The defendant shall surrender any passports to Pretrial Services and shall not make any new applications.

m. The defendant must report and disclose to Pretrial Services if he or Marta Albarez becomes symptomatic of any illness.

n. The defendant shall comply with all other standard, mandatory conditions of release.

SO ORDERED.

Dated: New York, New York
April _17_, 2020

_____
United States District Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK