UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,                    **CONSENT TO PROCEED BY VIDEO OR**
                                             **TELE CONFERENCE**

                    -against-

                                                  19 CR 323; 20 CR 22

  Angel Crispin

                         Defendant(s).
-----------------------------------------------------------------X

Defendant _____Angel Crispin_____ hereby voluntarily
consents to participate in the following proceeding via _X_ videoconferencing or _X_
teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
       Indictment Form)

___    Bail/Detention Hearing

_X__   Conference Before a Judicial Officer


  s/ Angel Crispin by the Court with permission      __/s/ Jennifer X. Luo_____
Defendant's Signature                                Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)


__Angel Crispin _____          __Jennifer X. Luo_____
Print Defendant's Name                       Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

  November 13, 2020                           _____
Date                                         U.S. District Judge/U.S. Magistrate Judge